664

Circuit denied. *Mr. Jacob A. Overlander* for petitioners. *Mr. K. B. Randolph* for respondent.

No. 732. MOORE *v.* UNITED STATES. April 17, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Maxwell Shapiro* for petitioner. *Solicitor General Jackson, Assistant Attorney General McMahon,* and *Messrs. William W. Barron, J. Albert Woll, William J. Connor,* and *W. Marvin Smith* for the United States.

No. 733. ESTATE OF ORR ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. April 17, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Edward J. Prest* for petitioners. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Mr. Sewall Key* for respondent.

No. 752. FIDELITY & CASUALTY CO. *v.* PADDLEFORD ET AL.; and
No. 753. HARTFORD ACCIDENT & INDEMNITY CO. *v.* SAME. April 17, 1939. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. J. F. Dammann* for petitioners. *Mr. Miles G. Seeley* for respondents. Reported below: 100 F. 2d 606.

No. 759. GAMBLE, EXECUTOR, *v.* COMMISSIONER OF INTERNAL REVENUE. April 17, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Elden McFarland* and *Ike*